**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Donna M. Ribecchi, | : | |
|     Debtor. | : | Bankruptcy No. 17-13176-MDC |

# O R D E R

**AND NOW**, Brad J. Sadek (the "Applicant") filed with the Court an Application for Compensation and Reimbursement of Expenses dated September 20, 2017 (the "Application").[1]

**AND**, the Applicant filed a Certificate of No Response to the Fee Application dated October 12, 2017.[2]

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form 22C (requiring less financial disclosure from below median debtors).

**AND**, the Applicant requests compensation in an amount that exceeds the amount that this Court is authorized, pursuant to L.B.R. 2016-2(a)(1), to allow in chapter 13 cases involving below-median debtors.

**AND**, L.B.R. 2016-3 requires an application for compensation must include, among other things, a chronological description of each service performed, the time expended for each service and a list by type of the expenses for which reimbursement is sought. L.B.R. 2016-3(a)(1) & (2).

It is hereby **ORDERED** and **DETERMINED** that:

---

[1] Bankr. Docket No. 31.

[2] Bankr. Docket No. 42.

1. The Applicant failed to comply with L.B.R. 2016-3(a)(1) & (2) because, despite making reference to the document in the Application, the Applicant failed to attach to the Application a copy of the Applicant's relevant time records.

2. Due to its failure to comply with L.B.R. 2016-3, the Application is **DENIED** without prejudice to the Applicant's right to file an amended application that complies with applicable rules.

Dated: December 18, 2017

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107